UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH SCOTT,<br>Plaintiff,<br>v.<br>H. MADSEN, et al.,<br>Defendants. | Case No. 26-cv-03133-AGT (PR)<br><br>**ORDER EXTENDING TIME TO FILE A WAIVER OF SERVICE**<br><br>Dkt. No. 10 |

Defendants' motion to extend the deadline to file a waiver of service is GRANTED. (Dkt. No. 10.) The new waiver of service filing deadline is **October 10, 2026**.

The Clerk shall terminate all pending motions.

**IT IS SO ORDERED.**

**Dated:** September 25, 2026

ALEX G. TSE
United States Magistrate Judge